IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARTHANN BUSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  1:05CV378-M |
| | ) [WO] |
| TEACHERS INSURANCE and | ) |
| ANNUITY ASSOCIATION OF | ) |
| AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

For good cause, it is

ORDERED that the plaintiff's Motion For Leave to File Response, filed on 30 June 2005 (Doc. # 9), is GRANTED.  It is further

ORDERED that the plaintiff shall file her response to the defendant's counter-claim on or before 26 July 2005.

The parties are REMINDED that this case has been assigned to the undersigned and that, before the court proceeds, the parties should notify the Clerk of the court (and not the court itself) of their consent or non-consent to disposition of this case by a Magistrate Judge.

DONE this 6th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARTHANN BUSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  1:05CV378-M |
| | ) | [WO] |
| TEACHERS INSURANCE and | ) | |
| ANNUITY ASSOCIATION OF | ) | |
| AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____          _____
DATE                                                                    SIGNATURE

_____
COUNSEL FOR (print name of all parties)

_____
ADDRESS, CITY, STATE, ZIP CODE

_____
TELEPHONE NUMBER

*** **DO NOT FILE THIS DOCUMENT ELECTRONICALLY** ***